**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7184

ANTHONY MUSTAFAN CHISLEY,

                Plaintiff - Appellant,

          v.

JAMES HOLWAGER, Chief Psychologist; RICHARD J. GRAHAM, JR.,
Assistant Warden; SHERRY HAFERKAMP, Psychologist; BOOTH,
Psychologist; HARR, Social Worker, et al., individually and
in their own official capacities,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Chief District
Judge. (8:09-cv-02099-DKC)

Submitted: August 24, 2011        Decided: September 22, 2011

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Mustafan Chisley, Appellant Pro Se. Rex Schultz Gordon,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Mustafan Chisley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chisley v. Holwager, No. 8:09-cv-02099-DKC (D. Md. July 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We previously remanded this case to the district court for the limited purpose of enabling the court to determine whether Chisley had shown excusable neglect or good cause warranting an extension of time to appeal. Chisley v. Holwager, 2011 WL 1320688 (4th Cir. Apr. 7, 2011) (No. 10-7184). On remand, the district court granted his motion for extension of time to file a notice of appeal. His appeal is therefore deemed timely filed.